# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ROMELLO WEAVER<br><br>　　　　Defendant. | CASE NO. 4:20CR3044<br><br><br>WAIVER OF PERSONAL<br>APPEARANCE AT ARRAIGNMENT<br>AND ORDER |

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

(1) The defendant affirms receiving a copy of the indictment;

(2) The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3) The defendant pleads not guilty to all counts of the indictment.

_Romello Weaver_　　　　　　　　　　_6-23-2020_
Defendant　　　　　　　　　　　　　　Date

_[signature]_　　　　　　　　　　　　_6/23/20_
Attorney for Defendant　　　　　　　　Date

## ORDER

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this  24th  day of  June        , 20 20.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　　MAGISTRATE JUDGE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT